# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DAVID MIZELL AND KYONG MIZELL ) ) ) Plaintiffs, ) ) vs. ) ) PROFESSIONAL TRANSPORTATION ) SOLUTIONS, LLC ) ) Defendant. | Case No. 18-CV-01706-HEA |

**SUPPLEMENTAL DECLARATION OF CHRISTEIN STITH**

COMES NOW Plaintiffs, David Mizell and Kyong Mizell, and submit the following Supplemental Declaration of their daughter, Christein Stith, as follows:

1. I am the daughter of David Mizell and Kyong Mizell.

2. I previously filed a Declaration in this matter, dated October 5, 2018.

3. I have personal knowledge of the matters stated in the Complaint and in this Declaration.

4. David Mizell was not able to replace the BiPap machine, wheelchair and porta potty after they were not delivered to his new home in Florida by June 5, 2018. His insurers failed to pay to replace these items, and he had insufficient funds to do so.

5. The shipment also included the personal papers of David and Kyong Mizell, including documents with their social security numbers, the

military documents for David Mizell, military medals and the military uniform worn by David Mizell.

6. The shipment also included a lifetime of photographs of the Mizell family, which cannot be replaced.

7. The shipment also included David Mizell's wheelchair and porta potty.

8. On occasions, prior to May 30, 2018, David Mizell would become disoriented.

9. After May 30, 2018 through the current date, David Mizell became disoriented more frequently.

10. David Mizell is currently scheduled for additional heart surgery, to remove blockages, on Tuesday, October 16, 2018, at St. Vincent's Hospital in Jacksonville, Florida.

11. The personal papers, the lifetime of family photographs and David Mizell's military medals and military uniform are all irreplaceable.

Under penalty of perjury, Christein Stith, the daughter of David Mizell and Kyong Mizell, states that the facts and matters set forth in the above and foregoing Supplemental Declaration are true and correct to my best knowledge, information and belief.

_____
Christein Stith

Executed this _____ day of October, 2018.